# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEX MACHADO,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>KELLY HARRINGTON, et al.,<br><br>　　　　　Defendants.<br>_____/ | CASE NO.   1:10-cv-570-OWW-MJS (PC)<br><br>ORDER DENYING PLAINTIFF'S MOTION to RE-OPEN<br><br>(ECF No. 14) |

　　　　Plaintiff Alex Machado ("Plaintiff") is a state prisoner who was proceeding pro se and in forma pauperis in this civil rights actions pursuant to 42 U.S.C. § 1983.

　　　　On June 28, 2010, Plaintiff filed a Motion to Consolidate, in which he sought to consolidate the above captioned matter with 10-cv-434-AWI-GSA. (ECF No. 12.) The Court granted Plaintiff's Motion on July 16, 2010. (ECF No. 13.)

　　　　On May 11, 2011, Plaintiff filed a Motion to Re-Open the above captioned matter. (ECF No. 14.) Plaintiff has failed to sign his Motion to Re-Open, as he is required to under Local Rule 131. Local Rule 131 requires "[a]ll pleadings and non-evidentiary documents shall be signed by the individual attorney for the party presenting them, or by the party involved if that party is appearing in propria persona."

///

1  Accordingly, Plaintiff's Motion to Re-Open is DENIED.

3  IT IS SO ORDERED.

4  Dated:   September 20, 2011          /s/ *Michael J. Seng*
                                        UNITED STATES MAGISTRATE JUDGE